UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20029-CR-SEITZ

UNITED STATES OF AMERICA,

v.

EVEROLD L. MILLER,
_____/

### ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable John J. O'Sullivan recommending that the CJA Voucher of Glenn B. Kritzer, Esq. for fees and expenses be paid in the full amount of $3,486.38. The Court has reviewed Judge O'Sullivan's R&R and does not expect any objections to be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge O'Sullivan be AFFIRMED, and made the Order of the District Court, as follows: Mr. Smith shall be paid in full in the amount of $3,486.38, as fair compensation for his work on this extended matter.

DONE AND ORDERED in Miami, Florida this 25th day of September, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable John J. O'Sullivan
Michael G. Smith, Esq.
Lucy Lara, CJA Administrator